Jason G. Revzin
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**Counsel for Trans Union LLC**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| TAYLOR RANDOLPH,<br><br>            Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>TRANS UNION, LLC,<br><br>            Defendants. | Case No. 2:16-cv-00620-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

   Plaintiff Taylor Randolph and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

   There are no longer any issues in this matter between Plaintiff Taylor Randolph and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims of this lawsuit against Trans Union, only, are hereby dismissed with prejudice, with court costs and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

attorney's fees to be paid by the party incurring same.

Dated this 10th day of August, 2016.          Dated this 10th day of August, 2016.

LEWIS BRISBOIS BISGAARD          HAINES & KRIEGER, LLC
SMITH LLP


_/s/ Jason G. Revzin_                              _/s/ David H. Krieger_
Jason G. Revzin                                    David H. Krieger
Nevada Bar No. 8629                                Nevada Bar No. 9086
6385 S. Rainbow Blvd., Suite 600                   8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89118                                Henderson, NV 89123
Telephone: (702) 893-3383                          (702) 880-5554
Facsimile: (702) 893-3789                          (702) 383-5518 Fax
Email: jason.revzin@lewisbrisbois.com              Email: dkrieger@hainesandkrieger.com
**Counsel for Trans Union LLC**                    **Counsel for Plaintiff**

## ORDER

Based on the parties' stipulation [ECF No. 18], which I treat as a joint motion to dismiss under L.R. 7-1(c), IT IS HEREBY ORDERED that all claims against Trans Union are DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: August 10, 2016.

_____
UNITED STATES DISTRICT JUDGE