David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Taylor Randolph*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Taylor Randolph,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:16-cv-00620-JAD-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY**<br><br>ECF No. 21 |

  Plaintiff Taylor Randolph and Experian hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian Information Solutions, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 12, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster, Esq.<br>Maupin Naylor Braster<br>1050 Indigo Drive<br>Suite 112<br>Las Vegas, NV 89145<br>*Attorney for Defendant Experian Information Solutions, Inc.* |

## ORDER

Based on the parties' stipulation [ECF No. 21], which I treat as a joint motion to dismiss under L.R. 7-1(c), IT IS HEREBY ORDERED that all claims against Experian Information Solutions, Inc., are dismissed with prejudice, each party to bear its own fees and costs.

Dated August 15, 2016

_____
Jennifer Dorsey
United States District Judge