David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Taylor Randolph*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Taylor Randolph,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-00620-JAD-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO VERIZON WIRELESS SERVICES, LLC ONLY** |

　　　　Plaintiff Taylor Randolph and Verizon Wireless Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Verizon Wireless Services, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 18, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Phillip V. Tiberi, Esq. |
| David H. Krieger, Esq. | Phillip V. Tiberi, Esq. |
| Nevada Bar No. 9086 | Nevada State Bar No. 006146 |
| HAINES & KRIEGER, LLC | KRAMER, DEBOER & KEANE |
| 8985 S. Eastern Avenue | 3960 Howard Hughes Parkway |
| Suite 350 | Suite 500 |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant Verizon Wireless Services, LLC* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __October 19, 2016____